# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:22-mj-02551-JB-2

Case title: USA v. Disla Bernardo et al

Other court case number: 8:22-mj-1301-SPF USDC for the Middle District of Florida

Date Filed: 04/01/2022

Date Terminated: 04/04/2022

Assigned to: Magistrate Judge Jacqueline Becerra

### Defendant (2)

**Gamalier Reynoso**
*TERMINATED: 04/04/2022*

represented by **Peter Thomas Patanzo**
Benjamin, Aaronson, Edinger & Patanzo, PA
1700 East Las Olas Blvd., #202
Fort Lauderdale, FL 33301
954-779-1700
Fax: 779-1771
Email: ppatanzo@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

WARR/COMP/MD/FL/Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine.

**Disposition**

### Plaintiff

| USA | | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2022 | 1 | Magistrate Removal of Complaint from USDC for The Middle District of Florida Case number in the other District 8:22-mj-1301-SPF as to Julio Cesar Disla Bernardo (1), Gamalier Reynoso (2), Tauber Yahir Gomez (3). (jao) (Entered: 04/01/2022) |
| 04/04/2022 | 10 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Gamalier Reynoso held on 4/4/2022. Bond recommendation/set: Gamalier Reynoso (2) STIPULATED $ 250,000 Corporate Surety Bond with Nebbia with the right to revisit. Date of Location Custody (Arrest or Surrender): 4/1/2022. Spanish Interpreter present. Attorney added: Peter Thomas Patanzo for Gamalier Reynoso for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 4/4/2022. (Digital 13:24:04)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. (fbn) (Entered: 04/05/2022) |
| 04/04/2022 | 11 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Gamalier Reynoso. (fbn) (Entered: 04/05/2022) |
| 04/04/2022 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Gamalier Reynoso. Defendant committed to District of MIDDLE DISTRICT OF FLORIDA. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 4/4/2022. *See attached document for full details.* (fbn) (Entered: 04/05/2022) |
| 04/04/2022 | 13 | Notice of Criminal Transfer to MIDDLE DISTRICT OF FLORIDA of a Rule 5 or Rule 32 Initial Appearance as to Gamalier Reynoso. Your case number is: 8:22-mj-1301-SPF. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court*: *If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 04/05/2022) |

# MINUTE ORDER

Page 16

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 4/4/2022    Time: 10:00 a.m.

Defendant: 2) GAMALIER REYNOSO    J#: 04461-506    Case #: 22-MJ-2551-BECERRA

AUSA: Eric Morales    Attorney:

Violation: WARR/INDICT/MD/FL/Conspiracy with intent to distribute/PWID/ 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the U.S

Surr/Arrest Date: 4/1/2022    YOB: 1998

Proceeding: Initial Appearance    CJA Appt: Peter T. Patanzo (CJA)

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; CJA counsel appointed

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waived removal; Ordered removed to the M/D of FL*

*Brady warning given*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:24:04    Time in Court: 10 mins

s/Lauren F. Louis                                    Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 22-MJ-2551-Becerra

United States of America
Plaintiff,

(p.16)

v.

Gamalier Reynoso

Charging District's Case No. 22-MJ-1301-SPF

Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Middle District Tampa.

I have been informed of the charges and of my rights to:

- (1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
- (2) an identity hearing to determine whether I am the person named in the charges;
- (3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
- (4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
- (5) a hearing on any motion by the government for detention;
- (6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/4/22

Gamalier Reynoso
Defendant's Signature

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
**Southern District of Florida**
Case No. 22-MJ-2551-BECERRA

UNITED STATES OF AMERICA,

v.

                          Charging District's Case No. 22-mj-1301-SPF

GAMALIER REYNOSO,
(USM# 04461-506)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

Peter T. Patanzo (CJA) **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 4/4/2022.

                                                         Lauren F. Louis
                                                         United States Magistrate Judge